UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:05-cr-00107-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DIXIE PARISE, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant's unopposed motion for early release from probation is granted (#29). The defendant's probation shall terminate on May 13, 2008.

**IT IS SO ORDERED**.

DATED: This 18th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE